UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-CR-____ |
| | : | |
| v. | : | |
| | : | VIOLATION |
| JASON PARSONS, | : | 40 U.S.C. § 5104(e)(1) |
| | : | (Unlawful Possession of a Firearm on |
| Defendant. | : | Capitol Grounds or Buildings) |
| | : | |
| | : | **FILED UNDER SEAL** |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **JASON PARSONS**, did carry and have readily accessible, a firearm, that is, a Glock, model 19, 9 millimeter caliber semiautomatic pistol, serial number GYT680, on the United States Capitol Grounds and in any of the Capitol Buildings.

(**Unlawful Possession of a Firearm on Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(1)(A))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count ●ne of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock, model 19, 9 millimeter semiautomatic pistol, serial number GYT680.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant[s] shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 924(d), Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

*/s/ Matthew M. Graves /GPR*
MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: *Kath E Boyles*
Katherine E. Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
Email: Katherine.Boyles@usdoj.gov
Phone: 203-931-5088