UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 23-cr-112 (ACR) |
| v. | : | |
| | : | |
| JASON PARSONS, | : | **FILED UNDER SEAL** |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT REGARDING SENTENCING**

Following the defendant's guilty plea in the above captioned matter, the parties have submitted periodic status reports regarding scheduling sentencing in this matter. The parties respectfully request to submit another status report in approximately 90 days.

As the Court is aware, the defendant pled guilty in the above captioned matter pursuant to a cooperation agreement. The defendant's cooperation is ongoing, and the government's investigation is not yet complete. The parties have conferred and agree that in light of the defendant's ongoing cooperation with the government's investigation, it is appropriate to delay setting a sentencing schedule for at least another 90 days. The government expects that there may be additional developments in its investigation within 90 days, such that the parties will likely be in a better position to set a sentencing schedule at that time. Specifically, the government expects to set a trial date in a related case within the next 90 days, which will impact the timeline for setting sentencing in this matter. Accordingly, the parties respectfully request to submit another status report in approximately 90 days.

The undersigned Assistant U.S. Attorney has consulted with defense counsel regarding this status report, who gave permission to file it as a joint status report.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

2

                    By:    <u>/s/ Katherine E. Boyles</u>
                             Katherine Boyles
                             Assistant United States Attorney
                             D. Conn. Fed. Bar No. PHV20325
                             Katherine.Boyles@usdoj.gov
                             Phone: 203-931-5088
                             United States Attorney's Office
                             601 D Street NW
                             Washington, D.C. 20001