**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 23-cr-112 (ACR)** |
| **v.** | : | |
| | : | |
| **JASON PARSONS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT REGARDING SENTENCING

Following the defendant's guilty plea in the above captioned matter, the parties have submitted periodic status reports regarding scheduling sentencing. The parties respectfully request to submit another status report in approximately 60 days.

As the Court is aware, the defendant here pled guilty in the above captioned matter pursuant to a cooperation agreement and has testified in the government's case in another trial before this Court. That trial has not yet concluded, and the parties there are working on scheduling a time for a verdict.

Given the status of the matter in which the defendant here is cooperating, the parties have conferred and agree that it is appropriate to delay setting a sentencing schedule here for at least another 60 days. Accordingly, the parties respectfully propose to submit another status report in approximately 60 days.

The undersigned Assistant U.S. Attorney has consulted with defense counsel regarding this status report, who gave permission to file it as a joint status report.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325

Katherine.Boyles@usdoj.gov
Phone: 203-931-5088
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001